Dade "22H"
Case # 07-20796-CIV
Judge Martinez Mag White
Mom Ifp ___ Fee pd $ ___
Receipt # ___

FILED by JC D.C.
MAR 27 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

07-20796
CIV-MARTINEZ
MAGISTRATE
WHITE

Powhatan Correctional Center C-4-138A
State Farm, Virginia 23160

May 29, 2006 / June 23, 2006
First mailing returned, wrong address

Federal District Court
301 N. Avenue
Miami, Florida 33128

Honorable Judge Clyde Atkins

Your Honor, Please!

I have no papers from my case from August 1992 until July 1993. I was sentenced by you in July 1993 to six months in federal prison for a passport violation.

I was originally arrested on August 2, 1992 and held without bond. Later that month as you may recall, Hurricane Andrew destroyed much of the Homestead facility where I was housed. I was then transported to other federal facilities all over the country. I still don't know why I wasn't placed in a local facility close to the court so I could attend my hearings. I did not request the delays or the continuances. I had pled guilty to the charge. When I was returned to your court in July 1993 you had given me a six month sentence; I had already served over eleven months, which was six months plus a few days over my original sentence. I am trying to get credit for that extra time by the Commonwealth of Virginia. The authorities here in Virginia asked that I write to your court requesting some kind of order which will grant me the credit. ATTACHED FORM

Sir, believe it or not I am still

suffering for a minor incident that happened in 1982. I had not committed any other offense since. Virginia revoked my parole from that original 1982 offense just recently. All I am asking is that some kind of Court Order be sent to the people here where I am being held telling them I was held over an extra six months and should get credit for it.

Please sir, I am getting old. All I want to do is return to my family in Thailand.

Sincerely,
Beniamino Guarino AKA Federal # ??
Benjamin Lucciola 232439

IOP 863
Attachment A
Revised: June 2004

2006-1553
AKA Beniamino Guorino

**POWHATAN CORRECTIONAL CENTER**
**INMATE REQUEST/INFORMAL COMPLAINT FORM**

INMATE NAME: Benjamin Lucciola  NUMBER: 232439  BUILDING: C-4  BED: 138A

**INSTRUCTIONS:** Use this form to seek information, answers to questions or to advise staff of an informal complaint. Submit only one issue per form. Forms with more than one request/complaint will be returned unanswered. DO NOT SUBMIT THE SAME REQUEST/COMPLAINT TO MORE THAN ONE DEPARTMENT. DUPLICATE REQUESTS MAY BE RETURNED UNANSWERED.

**SECTION ONE:** Check Inmate Request or Informal Complaint

☒ Inmate Request ?    ☒ Informal Complaint ?

**SECTION TWO:** Check the unit the Inmate Request/Informal Complaint Form needs to be sent to.

☐ Main    ☒ Reception    ☐ PMU    ☐ M Building    ☐ County Jail

**SECTION THREE:** Check the Department/Area of the Inmate Request/Informal Complaint Form. Failure to indicate the department/area will result in a delay in answering your request/complaint. You must send the form through the institutional mail.

- Assistant Warden, Main
- Assistant Warden, Reception
- Chief of Security Major
- Treatment Program Supervisor
- Chaplain
- Satellite Unit Commander
- Clothing Room
- Commissary
- Hearings Officer
- DCE
  - Educational
  - Vocational
- Food Service
- Grievance

- Mental Health
- Inmate Accounts
- Mailroom
- Maintenance
- Medical
  - Co-pay
  - Dental
- Personal Property
- **X** Records
- Recreation
- Security
- Shift Commander

- Treatment
  - Annual Review
  - Counselor
  - Team
  - Classification Specialist
  - Psychologist
  - GCA/ESC Level
  - Job Assignment
  - Transfer Request
  - VCE:
    - Print Shop
    - Vinyl/Silk Screen
    - Tag Shop
- Warden
- Other

**SECTION FOUR:** Write a brief and legible description of your request/complaint. Use the front side only. Do Not Send Attachments.

I came into the Department of Corrections in July 1995 on a 6 year sentence (72 months) after violating probation. I was released (mandatory parole) Nov. 10, 1998. Forty Months (40) served, yet, upon my release I was given 3 years parole; that equals 76 months. I also never received credit for (6) six months that the Federal system held me over, extra time on a passport violation. I was given 6 months (85% = 5 months 10 days) but I served 11+ months. I was held over awaiting extradiction. Much more to explain. But, Question, How do I get credit for the extra time?

Inmate's Signature: Benjamin Lucciola   Date: May 17, 2006   Job: N/A

**SECTION FIVE:** Staff Response (within 15 calendar days after received in correct location).

You must write to the Federal Inst. that you were held at. The credit will only be applied if they were holding you for Va.

Responding Staff: Claudette   Date: 5-25-a

CC:  Original: Inmate
     Copy - Responding Staff
     Back Copy - Inmate

Request Sent to Correct Department: ☐ Yes ☐ No
Request Routed to: _____

Inmate Seen: ☐ Yes ☐ No
Date: _____